UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRENESE HAYWOOD                                                    CIVIL ACTION

VERSUS                                                                       NO. 14-415

SOCIAL SECURITY ADMINISTRATION                     SECTION "S" (3)

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  24th  day      February     , 2015.

_____
UNITED STATES DISTRICT JUDGE